UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:15-cr-308-T-17TGW

CESAR OSBALDO RODRIGUEZ

## PRELIMINARY ORDER OF FORFEITURE

The United States moves pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a Preliminary Order of Forfeiture for the following assets:

    a.    Approximately $62,273.00 in United States Currency seized on September 2, 2015; and

    b.    Royal Sovereign electric money counter, Serial Number K10C03169815.

The defendant pleaded guilty to conspiracy to distribute and possess with intent to distribute heroin as charged in Count One and possession with intent to distribute and distribution of heroin as charged in Counts Two, Three, Five, Seven, Nine, Ten, Sixteen, and Seventeen of the Superseding Indictment, and the Court adjudicated him guilty of these offenses.

The Court finds that the United States has established the requisite nexus between the identified assets and the offenses of conviction.

CASE NO. 8:15-CR-308-T-17TGW

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED.

It is FURTHER ORDERED that, pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets identified above are forfeited to the United States for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

DONE and ORDERED in Tampa, Florida, this 4th day of DECEMBER, 2017.

_____
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record